UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELECTROLUX HOME PRODUCTS, INC., ET AL.,<br><br>    Defendants. | Case No. 1:10-CV-0232 OWW JLT<br><br>**ORDER TO APPEAR TELEPHONICALLY AT PRE-TRIAL CONFERENCE**<br><br>Date:    April 11, 2011<br>Time:   11:00 a.m.<br>Courtroom:  Hon. Oliver W. Wanger |

HAVING CONSIDERED Plaintiff in Intervention, VALLEY FORGE INSURANCE COMPANY'S Request to Appear Telephonically at the Pre-Trial Conference and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff in Intervention, VALLEY FORGE INSURANCE COMPANY'S shall appear telephonically at the Pre-Trial Conference on April 11, 2011, at 11:00 a.m. Plaintiff shall contact CourtCall to set up the telephone conference.

IT IS SO ORDERED.

Dated: April 5, 2011                    /s/ OLIVER W. WANGER
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com