**PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Heather Ijams, Esq. (Bar No. 203267)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
mamaro@prindlelaw.com
hijams@prindlelaw.com

WHIT0237

Attorneys for Defendants, **ELECTROLUX HOME PRODUCTS, INC. and LOWE'S HIW, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>          Defendants. | CASE NO. 1:10-CV-00232-OWW-JLT<br><br>**STIPULATION OF SETTLEMENT and ORDER**<br><br>Judge Oliver W. Wanger<br><br>Courtroom # 3 (17th Floor)<br><br>Action Filed: December 2, 2009<br>Trial Date:   July 26, 2011 |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including the complaint and the Complaint-in-Intervention, has settled in its entirety as of April 28, 2011.

| | |
|---|---|
| DATED: May 2, 2011 | CHOLAKIAN & ASSOCIATES<br><br>By:____ "/s/  Kevin Cholakian"_____<br>      KEVIN K. CHOLAKIAN, ESQ.<br>      JENNIFER A. KUNG<br>      Attorneys for Plaintiff, MARYLAND<br>      CASUALTY COMPANY |

| | |
|---|---|
| DATED: May 4, 2011 | LAW OFFICES OF SAMUEL G. GRADER |
| | By: ____ "/s/ Samuel G. Grader"_____ <br> SAMUEL G. GRADER <br> Attorneys for Plaintiff-in-Intervention, <br> VALLEY FORGE INSURANCE COMPANY |
| DATED: May 4, 2011 | PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP |
| | By: _____ <br> MICHAEL L. AMARO <br> HEATHER IJAMS <br> Attorneys for Defendants, <br> ELECTROLUX HOME PRODUCTS, INC. and LOWE'S HIW. INC. |

## ORDER

As agreed per Stipulation by the parties herein, and good cause appearing,

IT IS ORDERED that:

1. The above-captioned action is dismissed, in its entirety.

_____

IT IS SO ORDERED.

Dated: **May 6, 2011**           **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

**STIPULATION OF SETTLEMENT AND ORDER**

MLA/MARYLAND/10cv232.STIPO_SettlementL.doc